UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : NO. 3:CR-05-420 |
| -vs- | : |
| | : (Judge Kosik) |
| | : |
| MARTINA ANTAL, | : |
| | : |
| Defendant | : |

## **MEMORANDUM AND ORDER**

Defendant Martina Antal has filed a "Petition for Modification of Restitution" imposed as part of a sentence on September 27, 2006.

Defendant claims the Probation Officer's calculations as to the amounts due the victims is in error. The Government has responded by citing litigation statements as well as victim statements which support the calculations made and which formed the basis for the restitution ordered.[1]

The petition is **DENIED**.

s/Edwin M. Kosik
United States District Judge

Date: October 30, 2006

---

[1] While copies of the victim statements were not provided the defense, the Probation Officer represents that the victim statements were available for the defense examination and still remain available.